IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| HVAC MODULATION TECHNOLOGIES LLC, § § § | |
| Plaintiff, § | Civil Action No. 12-cv-02531 (MJD-JJG) |
| § vs. § § | |
| NORDYNE LLC, § § | |
| Defendant. § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Recognizing the Stipulation of Dismissal filed by HVAC MODULATION TECHNOLOGIES, LLC and Defendant NORDYNE LLC, it is

ORDERED that the claims and causes of action asserted herein by Plaintiff HVAC MODULATION TECHNOLOGIES, LLC and Defendant NORDYNE LLC against each other be, and hereby are, dismissed with prejudice. Nothing in this Order shall be construed as a release or discharge of any claim Plaintiff has or may have in the future against any other asserted infringer of the patent-in-suit except as may otherwise specifically be released; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: July 31, 2013.

s/ Michael J. Davis
MICHAEL J. DAVIS
Chief Judge
United States District Court